UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GORDON LAMAR NELSON,**<br><br>　　　　**Petitioner,**<br><br>　v.<br><br>P. D. BRAZELTON, Warden,<br><br>　　　　Respondent. | No. LA CV 12-07425 VBF (FFM)<br><br>ORDER OVERRULING PETITIONER'S OBJECTIONS; ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; AND DENYING HABEAS PETITION FOR LACK OF MERIT |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas corpus petition, the respondent's answer and accompanying memorandum of points and authorities, the petitioner's traverse, the attached Report and Recommendation of the United States Magistrate Judge ("Report"), the petitioner's objections to the Report, the entire file in this case, and the applicable law.  Good cause appearing, the Court overrules petitioner's objections and concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

/

/

/

1  IT IS ORDERED that judgment be entered dismissing the Petition on the merits with
2 prejudice.

4 DATED: <u>July 16, 2014</u>      *Valerie Baker Fairbank*

                 VALERIE BAKER FAIRBANK
                 United States District Judge