UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GORDON LAMAR NELSON,** | No. LA CV 12-07425 VBF (FFM) |
| **Petitioner,** | |
| v. | JUDGMENT |
| P. D. BRAZELTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 16, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge